# U.S. Bankruptcy Court
## District of Oregon (Eugene)
## Adversary Proceeding #: 11-06058-fra

*Assigned to:* Judge Frank R Alley III
*Lead BK Case:* 10-63800
*Lead BK Title:* Minerva B. Miller
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:* 91 Declaratory judgment

*Date Filed:* 03/11/11

*Plaintiff*
-----------------------
**Washington Federal Savings and Loan Association**

represented by **PATRICK W WADE**
POB 1475
Eugene, OR 97440
(541) 686-8511
Email: hhecfb@hershnerhunter.com

**Patrick Wade**
Hershner Hunter LLP
P.O. Box 1475
Eugene, OR 97440
541-686-8511
*LEAD ATTORNEY*

V.

*Defendant*
-----------------------
**Minerva B. Miller**
1151 Old Ferry Rd.
Shady Cove, OR 97539
541-878-3408
SSN / ITIN: xxx-xx-5669

represented by **Minerva B. Miller**
PRO SE

*Defendant*
-----------------------
**Stephen P. Arnot**
Bullivant Houser Bailey PC
888 SW 5th Ave, Ste. 300
Portland, OR 97204

represented by **Stephen P. Arnot**
PRO SE

*Defendant*
-----------------------
**Northwest Trustee Services, Inc.**
c/o CT Corporation System
388 State St., Ste. 420
Salem, OR 97301

represented by **JOHN M THOMAS**
621 SW Alder St #800
Portland, OR 97205-3623
(503) 517-7180
Email: jthomas@rcolegal.com

*Defendant*
-----------------------
**JP Morgan Chase Bank, NA**
Attn: President
1111 Polaris Parkway

represented by **BRUCE C HAMLIN**
888 SW 5th Ave #900
Portland, OR 97204

Columbus, OH 43240

(503) 224-3113
Email: bhamlin@martinbischoff.com
*TERMINATED: 06/07/2011*
*LEAD ATTORNEY*

**MICHAEL J FARRELL**
888 SW 5th Ave #900
Portland, OR 97204-2012
(503) 224-3113
Email: mfarrell@martinbischoff.com

*Defendant*
-----------------------
**Gene T. Flory**
1564 Nevada St.
Ashland, OR 97520

represented by **Gene T. Flory**
PRO SE

*Defendant*
-----------------------
**Joseph L. Perrino**
70 Dion Ct.
Bldg. A, Unit 2
Shady Cove, OR 97539

represented by **Joseph L. Perrino**
PRO SE

*Defendant*
-----------------------
**Amber M. Perrino**
70 Dion Ct.
Bldg. A, Unit 2
Shady Cove, OR 97539

represented by **Amber M. Perrino**
PRO SE

*Defendant*
-----------------------
**First Tennessee Bank National Association, Inc.**
c/o CT Corporation System
388 State St., Ste. 420
Salem, OR 97301

represented by **First Tennessee Bank National Association, Inc.**
PRO SE

*Defendant*
-----------------------
**Vera Silva**
70 Dion Ct.
Bldg. A, Unit 4
Shady Cove, OR 97539

represented by **Vera Silva**
PRO SE

*Defendant*
-----------------------
**Response Mortgage Services, Inc.**
c/o Joel Grayson
7959 SE Foster Rd.
Portland, OR 97206

represented by **Response Mortgage Services, Inc.**
PRO SE

*Defendant*
-----------------------

**RBS Citizens, National Association**
c/o Corporation Service Company
11 S. 12th St.
P.O. Box 1463
Richmond, VA 23218

represented by **RBS Citizens, National Association**
PRO SE

*Defendant*
----------------------
**Alan Lee Lynn**
4746 Antelope Rd.
White City, OR 97503

represented by **Alan Lee Lynn**
PRO SE

*Defendant*
----------------------
**Alan Lee Lynn**
185 Baker Farm Rd.
Port Angeles, WA 98362

represented by **Alan Lee Lynn**
PRO SE

*Defendant*
----------------------
**Andre B. Feliciano**
2927 Ivanhoe Glen
Madison, WI 53711

represented by **Andre B. Feliciano**
PRO SE

*Defendant*
----------------------
**Elaina T. Feliciano**
2927 Ivanhoe Glen
Madison, WI 53711

represented by **Elaina T. Feliciano**
PRO SE

*Defendant*
----------------------
**Alysha Ann Jones**
40 Dion Court
Bldg. D, Unit 1
Shady Cove, OR 97539

represented by **Alysha Ann Jones**
PRO SE

*Defendant*
----------------------
**Mortgage Electronic Registration Systems, Inc.**
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

represented by **ROBERT E SABIDO**
805 SW Broadway - 8th Fl
Portland, OR 97205
(503) 323-9000
Email: rsabido@cvk-law.com

*Defendant*
----------------------
**EverHome Mortgage Company**
c/o CT Corporation System
388 State St., Ste. 420
Salem, OR 97301

represented by **EverHome Mortgage Company**
PRO SE

**Defendant**
-----------------------
**HSBC Mortgage Corporation (USA)**
c/o CT Corporation System
388 State St #420
Salem, OR 97301

represented by **ROBERT E SABIDO**
(See above for address)

**Defendant**
-----------------------
**Stephen P. Arnot**
P.O. Box 1963
Lake Oswego, OR 97035-0622

represented by **Stephen P. Arnot**
PRO SE

**Defendant**
-----------------------
**PremierWest Bank**
c/o Tom Anderson
503 Airport Road
Medford, OR 97504

represented by **PremierWest Bank**
PRO SE

**Defendant**
-----------------------
**GMAC Mortgage, LLC**
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

represented by **GMAC Mortgage, LLC**
PRO SE

**Trustee**
-----------------------
**Stephen P. Arnot,** *Trustee for Bankruptcy Estate of Minerva B. Miller*

represented by **STEPHEN P ARNOT**
1515 SW Fifth Avenue, #600
Portland, OR 97201
(503) 295-2668
Email: steve.arnot@greenemarkley.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/11/2011 | 🌑 | Adversary case 11-06058. Commencement of Adversary Proceeding. Nature of Suit:(91 (Declaratory judgment))(WADE, PATRICK) (Entered: 03/11/2011) |
| 03/11/2011 | 🌑1 | Complaint by Washington Federal Savings and Loan Association against Stephen P. Arnot, EverHome Mortgage Company, Andre B. Feliciano, Elaina T. Feliciano, First Tennessee Bank National Association, Inc., Gene T. Flory, GMAC Mortgage Corporation, HSBC Mortgage Corporation (USA), JP Morgan Chase Bank, NA, Alysha Ann Jones, Alan Lee Lynn, Alan Lee Lynn, Minerva B. Miller, Mortgage Electronic Registration Systems, Inc., Northwest Trustee Services, Inc., Amber M. Perrino, Joseph L. Perrino, PremierWest Bancorp, RBS Citizens, National Association, Response Mortgage Services, Inc., Vera Silva (WADE, PATRICK) (Entered: 03/11/2011) |
| 03/11/2011 | 2 | Receipt of Filing Fee for Complaint(11-06058-fra) [cmp,cmp] ( 250.00). Receipt Number 7087999. (U.S. Treasury) (Entered: 03/11/2011) |
| 03/15/2011 | 🌑3 | Summons Issued for service on Stephen P. Arnot Date Issued 3/15/2011, Answer Due 4/14/2011; EverHome Mortgage Company Date Issued 3/15/2011, Answer Due 4/14/2011; Andre B. Feliciano |

| | | |
|---|---|---|
| | | Date Issued 3/15/2011, Answer Due 4/14/2011; Elaina T. Feliciano Date Issued 3/15/2011, Answer Due 4/14/2011; First Tennessee Bank National Association, Inc. Date Issued 3/15/2011, Answer Due 4/14/2011; Gene T. Flory Date Issued 3/15/2011, Answer Due 4/14/2011; GMAC Mortgage Corporation Date Issued 3/15/2011, Answer Due 4/14/2011; HSBC Mortgage Corporation (USA) Date Issued 3/15/2011, Answer Due 4/14/2011; HSBC Mortgage Corporation (USA) Date Issued 3/15/2011, Answer Due 4/14/2011; JP Morgan Chase Bank NA Date Issued 3/15/2011, Answer Due 4/14/2011; JP Morgan Chase Bank, NA Date Issued 3/15/2011, Answer Due 4/14/2011; Alysha Ann Jones Date Issued 3/15/2011, Answer Due 4/14/2011; Alan Lee Lynn Date Issued 3/15/2011, Answer Due 4/14/2011; Alan Lee Lynn Date Issued 3/15/2011, Answer Due 4/14/2011; Minerva B. Miller Date Issued 3/15/2011, Answer Due 4/14/2011; Mortgage Electronic Registration Systems, Inc. Date Issued 3/15/2011, Answer Due 4/14/2011; Northwest Trustee Services, Inc. Date Issued 3/15/2011, Answer Due 4/14/2011; Amber M. Perrino Date Issued 3/15/2011, Answer Due 4/14/2011; Joseph L. Perrino Date Issued 3/15/2011, Answer Due 4/14/2011; PremierWest Bancorp Date Issued 3/15/2011, Answer Due 4/14/2011; RBS Citizens, National Association Date Issued 3/15/2011, Answer Due 4/14/2011; Response Mortgage Services, Inc. Date Issued 3/15/2011, Answer Due 4/14/2011; Vera Silva Date Issued 3/15/2011, Answer Due 4/14/2011 (rts) (Entered: 03/15/2011) |
| 03/16/2011 | 4 | Summons Served on Minerva B. Miller 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 5 | Summons Served on Stephen P. Arnot 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 6 | Summons Served on Northwest Trustee Services, Inc. 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 7 | Summons Served on JP Morgan Chase Bank, NA 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 8 | Summons Served on Gene T. Flory 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 9 | Summons Served on Joseph L. Perrino 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 10 | Summons Served on Amber M. Perrino 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 11 | Summons Served on First Tennessee Bank National Association, Inc. 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 12 | Summons Served on Vera Silva 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 13 | Summons Served on Response Mortgage Services, Inc. 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 14 | Summons Served on RBS Citizens, National Association 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 15 | Summons Served on Alan Lee Lynn 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 16 | Summons Served on Alan Lee Lynn 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 17 | Summons Served on Andre B. Feliciano 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 18 | Summons Served on Elaina T. Feliciano 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 19 | Summons Served on Alysha Ann Jones 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 20 | Summons Served on Mortgage Electronic Registration Systems, Inc. 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 21 | Summons Served on GMAC Mortgage Corporation 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |

| 03/16/2011 | 22 | Summons Served on EverHome Mortgage Company 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
|---|---|---|
| 03/16/2011 | 23 | Summons Served on HSBC Mortgage Corporation (USA) 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 24 | Summons Served on PremierWest Bancorp 3/16/2011 (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 25 | Motion for Preliminary Injunction . Filed by Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 26 | Memorandum In Support of Re: 25 Motion for Preliminary Injunction Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/16/2011 | 27 | Affidavit of Melissa Matella Re: 25 Motion for Preliminary Injunction Filed By Plaintiff Washington Federal Savings and Loan Association (Attachments: 1 Exhibit Exhibit 1 2 Exhibit Exhibit 2 3 Exhibit Exhibit 3 4 Exhibit Exhibit 4 5 Certificate of Service) (WADE, PATRICK) (Entered: 03/16/2011) |
| 03/18/2011 | 28 | Notice of Hearing Re:25 Motion for Preliminary Injunction . Hearing Scheduled for 4/1/2011 at 10:30 AM at Courtroom #6, Eugene. (rts) (Entered: 03/18/2011) |
| 03/20/2011 | 29 | Certificate of Notice Re: 28 Notice of Hearing Re:25 Motion for Preliminary Injunction . Hearing Scheduled for 4/1/2011 at 10:30 AM at Courtroom #6, Eugene. (rts). (Admin.) (Entered: 03/20/2011) |
| 03/21/2011 | 30 | Summons Served on JP Morgan Chase Bank, NA 3/21/2011 (WADE, PATRICK) (Entered: 03/21/2011) |
| 03/21/2011 | 31 | Summons Served on First Tennessee Bank National Association, Inc. 3/21/2011 (WADE, PATRICK) (Entered: 03/21/2011) |
| 03/21/2011 | 32 | Summons Served on RBS Citizens, National Association 3/21/2011 (WADE, PATRICK) (Entered: 03/21/2011) |
| 03/21/2011 | 33 | Summons Served on Keith Y. Boyd 3/21/2011 (WADE, PATRICK) (Entered: 03/21/2011) |
| 03/21/2011 | 34 | Summons Served on Stephen P. Arnot 3/21/2011 (WADE, PATRICK) (Entered: 03/21/2011) |
| 03/21/2011 | 35 | Summons Served on James Miersma 3/21/2011 (WADE, PATRICK) (Entered: 03/21/2011) |
| 03/25/2011 | 36 | Amended Complaint by PATRICK W WADE on behalf of Washington Federal Savings and Loan Association against PremierWest Bank, GMAC Mortgage, LLC, Stephen P. Arnot, EverHome Mortgage Company, Andre B. Feliciano, Elaina T. Feliciano, First Tennessee Bank National Association, Inc., Gene T. Flory, HSBC Mortgage Corporation (USA), JP Morgan Chase Bank, NA, Alysha Ann Jones, Alan Lee Lynn, Minerva B. Miller, Mortgage Electronic Registration Systems, Inc., Northwest Trustee Services, Inc., Amber M. Perrino, Joseph L. Perrino, RBS Citizens, National Association, Response Mortgage Services, Inc., Vera Silva Re:1 Complaint by Washington Federal Savings and Loan Association against Stephen P. Arnot, EverHome Mortgage Company, Andre B. Feliciano, Elaina T. Feliciano, First Tennessee Bank National Association, Inc., Gene T. Flory, GMAC Mortgage Corporation, HSBC Mortgage Corporation filed by Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) Modified on 3/31/2011 (jaa). Corrected Docket Text. (Entered: 03/25/2011) |
| 03/30/2011 | 37 | Request to Appear by Telephone Re: Re: 25 Motion for Preliminary Injunction Filed By Defendant JP Morgan Chase Bank NA (HAMLIN, BRUCE) (Entered: 03/30/2011) |
| 04/01/2011 | 38 | Stipulation Re: Re: 25 Motion for Preliminary Injunction Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 04/01/2011) |
| 04/01/2011 | 39 | Alias Summons Issued for service on GMAC Mortgage, LLC Date Issued 4/1/2011, Answer Due |

| | | |
|---|---|---|
| | | 5/2/2011; PremierWest Bank Date Issued 4/1/2011, Answer Due 5/2/2011 (rts) (Entered: 04/01/2011) |
| 04/01/2011 | 🔵40 | Alias Summons Served on GMAC Mortgage, LLC 4/1/2011 (WADE, PATRICK) (Entered: 04/01/2011) |
| 04/01/2011 | 🔵41 | Alias Summons Served on PremierWest Bank 4/1/2011 (WADE, PATRICK) (Entered: 04/01/2011) |
| 04/01/2011 | 🔵42 | Hearing Held. Re:25 Motion for Preliminary Injunction. (rts) (Entered: 04/05/2011) |
| 04/06/2011 | 🔵43 | Answer to Complaint Filed by Northwest Trustee Services, Inc. (THOMAS, JOHN) (Entered: 04/06/2011) |
| 04/06/2011 | 🔵44 | Corporate Ownership Statement Filed By Defendant Northwest Trustee Services, Inc. (THOMAS, JOHN) (Entered: 04/06/2011) |
| 04/13/2011 | 🔵45 | Unopposed Motion to Extend Time File First Appearance and Supporting Document(s). Filed by Defendant HSBC Mortgage Corporation (USA) (Attachments: 1 Affidavit Declaration of Robert E. Sabido) (SABIDO, ROBERT) (Entered: 04/13/2011) |
| 04/14/2011 | 🔵46 | Answer to Complaint Filed by Stephen P. Arnot (ARNOT, STEPHEN) (Entered: 04/14/2011) |
| 04/14/2011 | 🔵47 | Unopposed Motion to Extend Time to File Answer and Supporting Document(s). Filed by Defendant JP Morgan Chase Bank, NA (HAMLIN, BRUCE) (Entered: 04/14/2011) |
| 04/14/2011 | 🔵48 | Order On Stipulation Among Washington Federal Savings, JPMorgan Chase Bank, National Association and Northwest Trustee Services, Inc. re: 38 Stipulation Re: Re: 25 Motion for Preliminary Injunction Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (jlw) (Entered: 04/14/2011) |
| 04/15/2011 | 🔵49 | Order Granting 45 Unopposed Motion to Extend Time File First Appearance and Supporting Document(s). filed by Defendant HSBC Mortgage Corporation (USA) (jlw) (Entered: 04/15/2011) |
| 04/15/2011 | 🔵 | HSBC Mortgage Corporation (USA) Answer Deadline Reset for 5/13/2011 (jlw) (Entered: 04/15/2011) |
| 04/16/2011 | 🔵50 | Certificate of Notice Re: 48 Order On Stipulation Among Washington Federal Savings, JPMorgan Chase Bank, National Association and Northwest Trustee Services, Inc. re: 38 Stipulation Re: Re: 25 Motion for Preliminary Injunction Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (jlw). (Admin.) (Entered: 04/16/2011) |
| 04/17/2011 | 🔵51 | Certificate of Notice Re: 49 Order Granting 45 Unopposed Motion to Extend Time File First Appearance and Supporting Document(s). filed by Defendant HSBC Mortgage Corporation (USA) (jlw). (Admin.) (Entered: 04/17/2011) |
| 04/18/2011 | 🔵52 | Correspondence Re: issuing new summons Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 04/18/2011) |
| 04/19/2011 | 🔵53 | Alias Summons Issued for service on First Tennessee Bank National Association, Inc. Date Issued 4/19/2011, Answer Due 5/19/2011; JP Morgan Chase Bank, NA Date Issued 4/19/2011, Answer Due 5/19/2011 (rts) (Entered: 04/19/2011) |
| 04/20/2011 | 🔵54 | Order Granting 47 Unopposed Motion to Extend Time to File Answer and Supporting Document(s). filed by Defendant JP Morgan Chase Bank, NA (jlw) (Entered: 04/20/2011) |
| 04/20/2011 | 🔵 | JP Morgan Chase Bank, NA Answer Deadline Reset for 5/16/2011 (jlw) (Entered: 04/20/2011) |
| 04/22/2011 | 🔵55 | Certificate of Notice Re: 54 Order Granting 47 Unopposed Motion to Extend Time to File Answer and Supporting Document(s). filed by Defendant JP Morgan Chase Bank, NA (jlw). (Admin.) (Entered: 04/22/2011) |

| 04/27/2011 | ⬤56 | Notice of Intent *to Default Certain Defendants* Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 04/27/2011) |
|---|---|---|
| 04/29/2011 | ⬤57 | Alias Summons Served on First Tennessee Bank National Association, Inc. 4/29/2011 (WADE, PATRICK) (Entered: 04/29/2011) |
| 05/02/2011 | ⬤58 | Alias Summons Served on RBS Citizens, National Association 5/2/2011 (WADE, PATRICK) (Entered: 05/02/2011) |
| 05/02/2011 | ⬤59 | Alias Summons Served on JP Morgan Chase Bank, NA 5/2/2011 (WADE, PATRICK) (Entered: 05/02/2011) |
| 05/06/2011 | ⬤60 | Unopposed Motion to Extend Time File First Appearance and Supporting Document(s). Filed by Defendant Mortgage Electronic Registration Systems, Inc. (Attachments: 1 Affidavit Declaration of Robert E. Sabido) (SABIDO, ROBERT) (Entered: 05/06/2011) |
| 05/09/2011 | ⬤61 | Order Granting 60 Unopposed Motion to Extend Time File First Appearance and Supporting Document(s). filed by Defendant Mortgage Electronic Registration Systems, Inc. (jlw) (Entered: 05/09/2011) |
| 05/10/2011 | ⬤ | Mortgage Electronic Registration Systems, Inc. Answer Deadline Reset for 5/13/2011 (jlw) (Entered: 05/10/2011) |
| 05/11/2011 | ⬤62 | Certificate of Notice Re: 61 Order Granting 60 Unopposed Motion to Extend Time File First Appearance and Supporting Document(s). filed by Defendant Mortgage Electronic Registration Systems, Inc. (jlw). (Admin.) (Entered: 05/11/2011) |
| 05/13/2011 | ⬤63 | Unopposed Motion to Extend Time *to File First Appearances* and Supporting Document(s). Filed by HSBC Mortgage Corporation (USA), Mortgage Electronic Registration Systems, Inc. Re: 45 Unopposed Motion to Extend Time File First Appearance and Supporting Document(s). filed by Defendant HSBC Mortgage Corporation (USA), 60 Unopposed Motion to Extend Time File First Appearance and Supporting Document(s). filed by Defendant Mortgage Electronic Registration Systems, Inc. (SABIDO, ROBERT) (Entered: 05/13/2011) |
| 05/16/2011 | ⬤64 | Answer to Complaint Filed by JP Morgan Chase Bank, NA (HAMLIN, BRUCE) (Entered: 05/16/2011) |
| 05/16/2011 | ⬤65 | Corporate Ownership Statement Filed By Defendant JP Morgan Chase Bank, NA (HAMLIN, BRUCE) (Entered: 05/16/2011) |
| 05/16/2011 | ⬤66 | Order Granting 63 Unopposed Motion to Extend Time *to File First Appearances* filed by Defendant HSBC Mortgage Corporation (USA), Defendant Mortgage Electronic Registration Systems, Inc. (rts) (Entered: 05/16/2011) |
| 05/18/2011 | ⬤67 | Certificate of Notice Re: 66 Order Granting 63 Unopposed Motion to Extend Time *to File First Appearances* filed by Defendant HSBC Mortgage Corporation (USA), Defendant Mortgage Electronic Registration Systems, Inc. (rts). (Admin.) (Entered: 05/18/2011) |
| 05/23/2011 | ⬤68 | Notice Change of Counsel Address Filed By Defendant Northwest Trustee Services, Inc. (THOMAS, JOHN) (Entered: 05/23/2011) |
| 05/27/2011 | ⬤69 | Answer to Complaint Filed by HSBC Mortgage Corporation (USA) (SABIDO, ROBERT) (Entered: 05/27/2011) |
| 05/27/2011 | ⬤70 | Answer to Complaint Filed by Mortgage Electronic Registration Systems, Inc. (SABIDO, ROBERT) (Entered: 05/27/2011) |
| 06/01/2011 | ⬤71 | Notice of Hearing Re: Pre-Trial Hearing Set for 7/6/2011 at 11:00 AM at Courtroom #6, Eugene. (jlw) (Entered: 06/01/2011) |

| 06/01/2011 | 🔵72 | Correspondence Re: Request for telephone appearance at Pretrial Hearing to be held on July 6, 2011 Filed By Defendant Northwest Trustee Services, Inc. (THOMAS, JOHN) (Entered: 06/01/2011) |
|---|---|---|
| 06/01/2011 | 🔵73 | Alias Summons Served on PremierWest Bank 4/14/2011 (WADE, PATRICK) (Entered: 06/01/2011) |
| 06/02/2011 | 🔵74 | Motion For Default Order *As To Certain Defendants* and Supporting Document(s). Filed by Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 06/02/2011) |
| 06/02/2011 | 🔵75 | Stipulation Re: Re: 25 Motion for Preliminary Injunction, 48 Order (Miscellaneous) Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 06/02/2011) |
| 06/03/2011 | 🔵76 | Certificate of Notice Re: 71 Notice of Hearing Re: Pre-Trial Hearing Set for 7/6/2011 at 11:00 AM at Courtroom #6, Eugene. (jlw). (Admin.) (Entered: 06/03/2011) |
| 06/07/2011 | 🔵77 | Request to Appear by Telephone Re: 71 Hearing Set Filed By Defendant JP Morgan Chase Bank, NA (FARRELL, MICHAEL) (Entered: 06/07/2011) |
| 06/07/2011 | 🔵78 | Substitution of New Attorney Michael J. Farrell For Previous Attorney BRUCE C HAMLIN. Filed By Defendant JP Morgan Chase Bank, NA (FARRELL, MICHAEL) (Entered: 06/07/2011) |
| 06/08/2011 | 🔵79 | Request to Appear by Telephone Re: Re: 71 Hearing Set Filed By HSBC Mortgage Corporation (USA), Mortgage Electronic Registration Systems, Inc. (SABIDO, ROBERT) (Entered: 06/08/2011) |
| 06/09/2011 | 🔵80 | Order Granting 74 Motion For Default Order *As To Certain Defendants* and Supporting Document(s). filed by Plaintiff Washington Federal Savings and Loan Association (jlw) (Entered: 06/09/2011) |
| 06/09/2011 | 🔵81 | Order re: 75 Stipulation Re: Re: 25 Motion for Preliminary Injunction, 48 Order (Miscellaneous) Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (jlw) (Entered: 06/09/2011) |
| 06/10/2011 | 🔵82 | Notice of Intent *to Default Certain Defendants* Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 06/10/2011) |
| 06/11/2011 | 🔵83 | Certificate of Notice Re: 80 Order Granting 74 Motion For Default Order *As To Certain Defendants* and Supporting Document(s). filed by Plaintiff Washington Federal Savings and Loan Association (jlw). (Admin.) (Entered: 06/11/2011) |
| 06/11/2011 | 🔵84 | Certificate of Notice Re: 81 Order re: 75 Stipulation Re: Re: 25 Motion for Preliminary Injunction, 48 Order (Miscellaneous) Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (jlw). (Admin.) (Entered: 06/11/2011) |
| 07/05/2011 | 🔵85 | Motion For Default Order *as to Certain Defendants* and Supporting Document(s). Filed by Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 07/05/2011) |
| 07/06/2011 | 🔵86 | Pretrial Conference Hearing Held. (jlw) (Entered: 07/07/2011) |
| 07/07/2011 | 🔵87 | Scheduling Order (jlw) (Entered: 07/07/2011) |
| 07/08/2011 | 🔵88 | Stipulation Re: Re: 25 Motion for Preliminary Injunction Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 07/08/2011) |
| 07/09/2011 | 🔵89 | Certificate of Notice Re: 87 Scheduling Order (jlw). (Admin.) (Entered: 07/09/2011) |
| 07/28/2011 | 🔵90 | Special Notice Request Filed By Creditor RBS Citizens, N.A. (SUTHERLAND, KELLY) (Entered: 07/28/2011) |

| 07/28/2011 | 91 | Special Notice Request Filed By Creditor Everbank (SUTHERLAND, KELLY) (Entered: 07/28/2011) |
|---|---|---|
| 08/11/2011 | 92 | Stipulation Re: Re: 25 Motion for Preliminary Injunction Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 08/11/2011) |
| 08/16/2011 | 93 | Order re: 92 Stipulation Re: Re: 25 Motion for Preliminary Injunction Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (jlw) (Entered: 08/16/2011) |
| 08/18/2011 | 94 | Certificate of Notice Re: 93 Order re: 92 Stipulation Re: Re: 25 Motion for Preliminary Injunction Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (jlw). (Admin.) (Entered: 08/18/2011) |
| 08/19/2011 | 95 | Motion For Summary Judgment Filed by Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 08/19/2011) |
| 08/19/2011 | 96 | Concise Statement of Material Facts Re: Re: 95 Motion for Summary Judgment Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 08/19/2011) |
| 08/19/2011 | 97 | Memorandum In Support of Re: 95 Motion for Summary Judgment Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 08/19/2011) |
| 08/19/2011 | 98 | Declaration Re: 95 Motion for Summary Judgment Filed By Plaintiff Washington Federal Savings and Loan Association (Attachments: 1 Exhibit 2 2 Exhibit 1 3 Exhibit 3 4 Exhibit 4 5 Exhibit Certificate of service) (WADE, PATRICK) (Entered: 08/19/2011) |
| 09/08/2011 | 99 | Correspondence Re: status conference Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 09/08/2011) |
| 09/13/2011 | 100 | Correspondence Re: file transfer to US District Court Filed By Judge Frank Alley. (rts) (Entered: 09/13/2011) |
| 09/13/2011 | 101 | Memorandum and Order re: Stern Procedures (rts) (Entered: 09/13/2011) |
| 09/15/2011 | 102 | Certificate of Notice Re: 101 Memorandum and Order re: Stern Procedures (rts). (Admin.) (Entered: 09/15/2011) |
| 10/05/2011 | 103 | Stipulation Re: Re: 25 Motion for Preliminary Injunction Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 10/05/2011) |
| 10/07/2011 | 104 | Order On Fifth Stipulation Among Washington Federal Savings, JPMorgan Chase Bank, National Association, and Northwest Trustee Services Inc. (jlw) (Entered: 10/07/2011) |
| 10/09/2011 | 105 | Certificate of Notice Re: 104 Order On Fifth Stipulation Among Washington Federal Savings, JPMorgan Chase Bank, National Association, and Northwest Trustee Services Inc. (jlw). (Admin.) (Entered: 10/09/2011) |
| 10/26/2011 | 106 | Stipulation for Entry of Judgment Filed By Plaintiff Washington Federal Savings and Loan Association (WADE, PATRICK) (Entered: 10/26/2011) |
| 11/03/2011 | 107 | Proposed for consideration by USDC - Findings of Fact and Conclusions of Law Re: 1 Complaint by Washington Federal Savings and Loan Association against Stephen P. Arnot, EverHome Mortgage Company, Andre B. Feliciano, Elaina T. Feliciano, First Tennessee Bank National Association, Inc., Gene T. Flory, GMAC Mortgage Corporation, HSBC Mortgage Corporation (USA), JP Morgan Chase Bank, NA, Alysha Ann Jones, Alan Lee Lynn, Alan Lee Lynn, Minerva B. Miller, Mortgage Electronic Registration Systems, Inc., Northwest Trustee Services, Inc., Amber M. Perrino, Joseph L. Perrino, PremierWest Bancorp, RBS Citizens, National Association, Response Mortgage Services, Inc., Vera Silva (WADE, PATRICK) Objections due by 11/21/2011. (jlw) (Entered: 11/03/2011) |

| 11/03/2011 | 108 | Proposed for consideration by USDC - Judgment 1 Complaint by Washington Federal Savings and Loan Association against Stephen P. Arnot, EverHome Mortgage Company, Andre B. Feliciano, Elaina T. Feliciano, First Tennessee Bank National Association, Inc., Gene T. Flory, GMAC Mortgage Corporation, HSBC Mortgage Corporation (USA), JP Morgan Chase Bank, NA, Alysha Ann Jones, Alan Lee Lynn, Alan Lee Lynn, Minerva B. Miller, Mortgage Electronic Registration Systems, Inc., Northwest Trustee Services, Inc., Amber M. Perrino, Joseph L. Perrino, PremierWest Bancorp, RBS Citizens, National Association, Response Mortgage Services, Inc., Vera Silva (WADE, PATRICK) (jlw) (Entered: 11/03/2011) |
| 11/03/2011 | 109 | Notice of Transfer to District Court Re:1 Complaint, 103 Stipulation, 104 Order on Motion For Preliminary Injunction, 106 Stipulation for Entry of Judgment, 107 Findings of Fact and Conclusions of Law, 108 Judgment (jlw) (Entered: 11/03/2011) |

Patrick W. Wade, OSB 843725
HERSHNER HUNTER, LLP
180 E. 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Washington Federal Savings

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:

Minerva B. Miller;

         Debtor(s).

_____

Washington Federal Savings and Loan
Association,

         Plaintiff,

    v.

Minerva B. Miller et al,

         Defendants.

Case No. 10-63800-fra7

Adv. Pro. No. 11-06058-fra

FIFTH STIPULATION AMONG
WASHINGTON FEDERAL SAVINGS,
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, AND
NORTHWEST TRUSTEE SERVICES,
INC.

Recitals:

    1.    Plaintiff Washington Federal Savings and Loan Association ("Plaintiff") has filed

a motion for a preliminary injunction (the "Motion") for the purpose of enjoining Defendants JP

Morgan Chase Bank, National Association ("Chase"), and Northwest Trustee Services, Inc.

("NWT"), from completing foreclosure sales of certain real property under two trust deeds more

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1  specifically described in the Motion (docket #25 in this adversary proceeding) and in the

2  attached Exhibit A pending resolution of the claims in this matter.

3       2.     A hearing on the Motion was originally scheduled for April 1, 2011. The parties

4  to this stipulation had previously stipulated on four occasions that no foreclosure would occur

5  before various dates, the most recent of which set forth in the Fourth Stipulation dated August 11

6  extended the date after which a foreclosure might ensue to October 11.

7       3.     The parties to this stipulation wish to extend the time periods set forth in the

8  fourth stipulation.

9

10       WHEREFORE the parties agree as follows:

11       1.     Plaintiff will request the court to maintain the current status with the hearing off

12  calendar subject to the following.

13       2.     Chase and NWT agree that neither of them will complete foreclosure of either of

14  the trust deeds described in the Motion after the termination of the stay under the orders referred

15  to above until on or after the earlier of (a) December 16, 2011 or (b) if a final judgment has been

16  entered in this matter, the date specified in such final judgment.

17       3.     If the claims in this matter have not been resolved by December 2, 2011, Plaintiff

18  may cause the court to schedule another hearing on the Motion.

19       4.     If the court cannot accommodate a hearing on the Motion before December 16,

20  2011, Chase and NWT agree to further postpone any pending foreclosure sale until after the

21  court completes the hearing on the Motion and issues an order thereon.

22       5.     Plaintiff agrees not to foreclose upon Lot 6 of VICTORIA COURT

23  SUBDIVISION to the City of Shady Cove, Oregon, according to the Official Plat thereof,

24  recorded in Volume 19, Page 39, Plat Records, under its trust deed recorded in the Jackson

25  County, Oregon real property records, Instrument Number 96-15241 on May 10, 1996, during

26  the same time periods.

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1    6.    This stipulation may be executed in counterparts and becomes effective upon the

2    execution of a counterpart thereof by counsel for each party.

3    7.    Plaintiff may file this stipulation with the court and may cause a copy of this

4    stipulation to be recorded in the official records of Jackson County, Oregon.

5    DATED October 5, 2011.

6                                              HERSHNER HUNTER, LLP

7

8                                    By   /s/Patrick W. Wade
9                                         Patrick W. Wade, OSB 843725
                                          Of Attorneys for Washington Federal Savings
10

11   DATED October 4, 2011.

12                                            MARTIN, BISCHOFF, TEMPLETON,
                                              LANGSLET & HOFFMAN LLP
13

14                                   By   /s/Michael J. Farrell
15                                        Michael J. Farrell, OSB 902587
                                          Of Attorneys for JP Morgan Chase Bank,
                                          National Association
16

17   DATED October 5, 2011.

18                                            ROUTH CRABTREE OLSEN, P.C.

19

20                                   By   /s/John M. Thomas
21                                        John M. Thomas, OSB 024691
                                          Of Attorneys for Northwest Trustee Services,
                                          Inc.
22

23

24

25

26

Page 3 of 4 – FIFTH STIPULATION

# EXHIBIT A

**_Trust Deed #1:_**

Grantor/Trustor:  Dion H. Miller and Minerva B. Miller, as tenants by the entirety
Grantee/Beneficiary:  Washington Mutual Bank
Trustee:  Oregon Title Insurance Company, an Oregon corporation
Amount:  $188,000.00
Dated:  January 25, 2000
Recorded:  January 28, 2000
Recording Information:  00-03481

Lot 2 of VICTORIA COURT SUBDIVISION to the City of Shady Cove, Oregon, according to the Official Plat thereof, recorded in Volume 19, Page 39, Plat Records.

**_Trust Deed #2:_**

Grantor/Trustor:  Dion H. Miller and Minerva B. Miller, as tenants by the entirety
Grantee/Beneficiary:  Washington Mutual Bank
Trustee:  Oregon Title Insurance Company, an Oregon corporation
Amount:  $188,000.00
Dated:  January 25, 2000
Recorded:  January 28, 2000
Recording Information:  00-03482

Lot 5 of VICTORIA COURT SUBDIVISION to the City of Shady Cove, Oregon, according to the Official Plat thereof, recorded in Volume 19, Page 39, Plat Records.

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

CERTIFICATE OF SERVICE

Pursuant to LBR 7005-1(g), I certify that I have made contemporaneous paper service of this document on the following parties:

Kelly Sutherland
Shapiro & Sutherland, L.L.C.
5501 NE 109th Court, Suite N
Vancouver, WA 98662

Dated:  October 5, 2011.

HERSHNER HUNTER, LLP

*/s/Patrick W. Wade*

By_____
   Patrick W. Wade, OSB No. 843725
   Of Attorneys for Washington Federal Savings

Below is an Order of the Court.

_____

FRANK R. ALLEY
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF OREGON

In re:

Minerva B. Miller;

             Debtor(s).

_____

Washington Federal Savings and Loan Association,

             Plaintiff,

         v.

Minerva B. Miller et al,

             Defendants.

Case No. 10-63800-fra7

Adv. Pro. No. 11-06058-fra

ORDER ON FIFTH STIPULATION AMONG WASHINGTON FEDERAL SAVINGS, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AND NORTHWEST TRUSTEE SERVICES, INC.

     This matter came before the court on April 1, 2011, on the Motion by Plaintiff Washington Federal Savings and Loan Association for a preliminary injunction (Docket No. 25) (the "Motion"). At that time counsel presented a stipulation among Plaintiff, Defendant JP Morgan Chase Bank National Association, and Defendant Northwest Trustee Services, Inc., filed herein as Docket No. 38 (the "First Stipulation"), and the court approved that First Stipulation by

Page 1 of 2 – ORDER ON FIFTH STIPULATION

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

1  order entered April 14, 2011, as Docket No. 48.  Those parties presented a Second Stipulation,

2  filed herein as Docket No. 75 (the "Second Stipulation"), and the court approved that Second

3  Stipulation by order entered June 9, 2011, as Docket No. 81.  Those parties presented a Third

4  Stipulation, filed herein as Docket No. 88 (the "Third Stipulation").  Those parties presented a

5  Fourth Stipulation, filed herein as Docket No. 92.  Those parties having filed a Fifth Stipulation

6  extending the deadlines previously established (Fifth Stipulation, Docket No. 103),

7

8        NOW THEREFORE IT IS ORDERED that the Fifth Stipulation is approved and the

9  hearing on the Motion remains off calendar, subject to being re-noticed for hearing upon the

10  request of any party to the Fifth Stipulation.

11                                             # # #

12

13  PRESENTED BY:

14  HERSHNER HUNTER, LLP

15  */s/Patrick W. Wade*
    _____
16  Patrick W. Wade, OSB 843725
    Of Attorneys for Washington Federal Savings

17

18

19

20

21

22

23

24

25

26

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

CERTIFICATE OF SERVICE

Pursuant to LBR 7005-1(g), I certify that I have made contemporaneous paper service of this document on the following parties:

Kelly Sutherland
Shapiro & Sutherland, L.L.C.
5501 NE 109th Court, Suite N
Vancouver, WA 98662


Dated:  October 5, 2011.

HERSHNER HUNTER, LLP

*/s/Patrick W. Wade*
By_____
    Patrick W. Wade, OSB No. 843725
    Of Attorneys for Washington Federal Savings

Patrick W. Wade, OSB 843725
HERSHNER HUNTER, LLP
180 E. 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Washington Federal Savings

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:

Minerva B. Miller;

       Debtor(s).

_____

Washington Federal Savings and Loan
Association,

       Plaintiff,

   v.

Minerva B. Miller et al,

       Defendants.

Case No. 10-63800-fra7

Adv. Pro. No. 11-06058-fra

STIPULATION FOR ENTRY OF
JUDGMENT

Recitals:

    1.     Plaintiff Washington Federal Savings and Loan Association ("Plaintiff") has filed this action for declaratory and other relief.

    2.     Orders of default have been entered against all named defendants except for the defendants who are stipulating to relief below.

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1    WHEREFORE the parties agree as follows:

2    1.    The Bankruptcy Court should make the findings of fact and conclusions of law

3    which are set out in the attached Exhibit A, including the recommendation to enter a form of

4    judgment set out as Exhibit 1 thereto.

5    2.    This stipulation may be executed in counterparts and becomes effective upon the

6    execution of a counterpart thereof by counsel for each party.

7    3.    Plaintiff may file this stipulation with the court and ask the court to enter findings,

8    conclusions, and a recommendation consistent herewith.

9

10    DATED October 26, 2011.

11                                    HERSHNER HUNTER, LLP

12

13                                    By  */s/ Patrick W. Wade*
14                                    Patrick W. Wade, OSB 843725
                                      Of Attorneys for Washington Federal Savings
15

16

17    DATED October 26, 2011.

18                                    MARTIN, BISCHOFF, TEMPLETON,
                                      LANGSLET & HOFFMAN LLP
19

20                                    By  */s/ Michael J. Farrell*
21                                    Michael J. Farrell, OSB 902587
                                      Of Attorneys for JP Morgan Chase Bank, NA.,
                                      as acquirer of certain assets and liabilities of
22                                    Washington Mutual Bank from the Federal
                                      Deposit Insurance Corporation as Receiver for
23                                    Washington Mutual Bank, named herein as
                                      JPMorgan Chase Bank National Association

24

25

26

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

DATED October 24, 2011.

ROUTH CRABTREE OLSEN, P.C.


By  */s/ John M. Thomas*
John M. Thomas, OSB 024691
Of Attorneys for Northwest Trustee Services,
Inc.


DATED October 25, 2011.

GREENE & MARKLEY, P.C.


By  */s/ Stephen P. Arnot*
Stephen P. Arnot, OSB 070765
Of Attorneys for Ch. 7 Trustee


DATED October 24, 2011.

SHAPIRO & SUTHERLAND, LLC


By  */s/ Cara Richter*
Kelly D. Sutherland, OSB 873575
Cara Richter, OSB 094855
Of Attorneys for RBS Citizens National
Association and EverHome Mortgage Company

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

DATED October 25, 2011.

COSGRAVE VERGEER KESTER LLP

By  */s/ Robert E. Sabido*
     Robert E. Sabido, OSB 964168
     Of Attorneys for Mortgage Electronic
     Registration Systems, Inc., and HSBC Mortgage
     Corporation (USA)

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1

2

3

4

5

6

7

8

9

10                      UNITED STATES BANKRUPTCY COURT

11                         FOR THE DISTRICT OF OREGON

12   In re:

13   Minerva B. Miller;                    Case No. 10-63800-fra7

14           Debtor(s).

15   _____       Adv. Pro. No. 11-06058-fra

16   Washington Federal Savings and Loan
     Association,                           [PROPOSED] FINDINGS OF FACT
17                                          AND CONCLUSIONS OF LAW
             Plaintiff,
18
          v.
19
     Minerva B. Miller; Stephen P. Arnot, Trustee
20   of the Bankruptcy Estate of Minerva B.
     Miller; Northwest Trustee Services, Inc., a
21   Washington corporation; JP Morgan Chase
     Bank, National Association; Gene T. Flory,
22   Trustee of the Jacqueline M. Flory and Gene
     T. Flory Living Trust; Joseph L. Perrino;
23   Amber M. Perrino; First Tennessee Bank
     National Association; Vera Silva; Response
24   Mortgage Services, Inc. a Washington
     corporation; RBS Citizens, National
25   Association; Alan Lee Lynn; Andre B.
     Feliciano; Elaina T. Feliciano; Alysha Ann
26   Jones; Mortgage Electronic Registration

Page 1 of 5 - [PROPOSED] FINDINGS OF FACT AND
CONCLUSIONS OF LAW

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

**EXHIBIT A**
**Page 1 of 10**

Systems, Inc., a Delaware corporation;
GMAC Mortgage, LLC, a Delaware Limited
Liability Company, successor by merger to
GMAC Mortgage Corporation; EverHome
Mortgage Company, a Florida corporation;
HSBC Mortgage Corporation (USA), a
Delaware corporation; and PremierWest
Bank, an Oregon Chartered Commercial
Bank,

                    Defendants.

It appearing that orders of default have been entered against Defendants Minerva B. Miller, Gene T. Flory, Joseph L. Perrino, Amber M. Perrino, Vera Silva, Response Mortgage Services, Inc., Alan Lee Lynn, Andre B. Feliciano, Elaina T. Feliciano, Alysha Ann Jones, First Tennessee Bank National Association, GMAC Mortgage, LLC and PremierWest Bank, and the remaining parties having stipulated to these findings of fact, conclusions of law, and recommendation to the District Court; the court makes the following findings of fact and conclusions of law and recommends entry of final judgment in the form attached hereto as Exhibit 1.

        <u>Findings of fact</u>:

1.      On or about April 23, 1996, the Debtor Minerva Miller and Debtor's late husband granted Washington Federal Savings and Loan Association ("WFS") a trust deed on "Lot 6 of the Victoria Court Subdivision, Shady Cove, Oregon, according to the official plat thereof, now of record," and such trust deed was recorded in the Jackson County, Oregon real property records, Instrument Number 96-15241 on May 10, 1996 ("WFS Trust Deed"). That trust deed was given to secure a promissory note of even date in the original principal amount of $204,000.00. WFS is the owner and holder of that note and of the beneficial interest in the WFS Trust Deed.

Page 2 of 5 - [PROPOSED] FINDINGS OF FACT AND
CONCLUSIONS OF LAW

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

**EXHIBIT A**
**Page 2 of 10**

1    2.    On or about January 25, 2000, the Debtor and Debtor's late husband granted

2    Washington Mutual Bank two trust deeds one each on Lot 2 and Lot 5 of the Victoria Court

3    Subdivision, Shady Cove, Jackson County, Oregon, and such trust deeds were recorded in the

4    Jackson County, Oregon real property records, Instrument Numbers 00-03481 and 00-03482 (the

5    "JP Trust Deeds") on January 28, 2000.  Those trust deeds were given to secure promissory notes

6    of even date in the original principal amounts of $188,000.00 each.

7

8    3.    JP Morgan Chase Bank, N.A., as acquirer of certain assets and liabilities of

     Washington Mutual Bank from the Federal Deposit Insurance Corporation as Receiver for

9    Washington Mutual Bank, named herein as JPMorgan Chase Bank National Association

10   ("JPMorgan") is the holder of those notes and the successor beneficiary of the JP Trust Deeds.

11

12   4.    On December 29, 2004, after approval by the Oregon Real Estate Agency, a

13   Declaration of Condominium Ownership for Victoria Court Condominiums (the "Declaration[1]")

14   was recorded in the official records of Jackson County, Oregon, as Instrument Number 2004-

15   075174, by Dion H. Miller, Minerva B. Miller, Alan L. Lynn, Andre B. Feliciano and Elaina T.

16   Feliciano as Declarants.

17

18   5.    Thereafter, the real property formerly known as Lots 1, 2, 4, 5, and 6 of Victoria

     Court Subdivision became subject to the condominium form of ownership and became known as

19   the Victoria Court Condominiums ("Condominium").

20

21   6.    The portions of Lots 1, 2, 4, 5, and 6 of Victoria Court Subdivision other than the

22   buildings became the common areas of the Condominium.

23

24   7.    Pursuant to the Declaration, owners of each Condominium unit in each building

     became the owners of:  (1) their respective unit; and (2) an undivided fractional ownership of the

25   _____

         [1] The defined term "Declaration" includes any amendments to the Declaration.

26

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

general common elements of the condominium and of those limited common elements appurtenant to the specific unit, as set forth in the Declaration and any subsequent amendments thereto.

8.  WFS and Washington Mutual Bank consented to the Declaration and the formation of the Condominium and such consent was recorded in the Jackson County real property records, Instrument Numbers 2004-018232, 2004-033493 and 2004-033494 (collectively, the "Consent").

9.  After the Declaration was recorded, several subsequent purchasers and secured parties acquired interests in Condominium units and those common elements located on Lots 2, 5 and 6 of the prior subdivision.

10. The subsequently recorded deeds describe each respective interest in terms of units in a condominium, not lots in a subdivision.

11. On April 13, 2010, Defendant Northwest Trustee Services, Inc., as trustee of the JP Trust Deeds, recorded notices of default and elections to sell Lots 2 and 5 of the Victoria Court Subdivision, initiating the non-judicial foreclosure of the JP Trust Deeds.

12. Because the property descriptions provided in the JP Trust Deeds describe the scope of the encumbrances in terms of lots, instead of individual units with associated interests in the common elements, the other parties with an interest in those common elements located on former Lots 2 and 5 will be foreclosed and the Condominium will effectively be terminated if JP Morgan concludes its pending non-judicial foreclosures.

Conclusions of law:

1.  This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334, United States District Court Local Rule 2100.0, and FRBP 7001. Venue is proper

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1   pursuant to 28 U.S.C. § 1409.

2       2.    Under the recently announced decision in *Stern v. Marshall* 564 U.S. ___, 131

3   S.Ct. 2594, 2011 WL 2472792, 180 L.Ed.2d 475 (2011), this bankruptcy court may not enter a

4   final judgment in this matter because it is a matter of state law that has not been resolved in the

5   process of ruling on federal bankruptcy issues.

6       3.    Declaratory relief is appropriate because the parties are in an actual controversy

7   regarding the effect of the Consent on the WFS and JP Trust Deeds.

8       4.    Where a condominium agreement is recorded and a pre-existing mortgage exists,

9   the effect of the consent by a pre-existing mortgage holder is to subordinate its interest to the

10  condominium agreement, thereby changing the pre-existing mortgage holder's property interest

11  to reflect the condominium form of ownership. Therefore, the effect of the Consent is to

12  subordinate the WFS and JP Trust Deeds to the Declaration.  Such subordination shall change

13  the property interests secured by the WFS and JP Trust Deeds to reflect the condominium form

14  of ownership, as described in the Declaration and as more specifically described in the proposed

15  form of judgment.

16

17  Scheduling Order:

18

19      These findings and recommendations will be referred to a district judge. Objections, if

20  any, are due _____, 2011.  If no objections are filed, then the

21  findings and recommendations will go under advisement on that date. If objections are filed, then

22  responses are due 14 days after being served with a copy of the objections. When the responses

23  are due or filed, whichever date is earlier, the finding and recommendations will go under

24  advisement.

25

26                      ###

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

10          UNITED STATES DISTRICT COURT

11          FOR THE DISTRICT OF OREGON

12  In re:

13  Minerva B. Miller;

14          Debtor(s).                         District Court Case No._____

15  _____

16  Washington Federal Savings and Loan        Bankruptcy Case No. 10-63800-fra7
    Association,

17          Plaintiff,                          Adv. Pro. No. 11-06058-fra

18      v.

19                                              [PROPOSED] JUDGMENT

20  Minerva B. Miller; Stephen P. Arnot, Trustee
    of the Bankruptcy Estate of Minerva B.

21  Miller; Northwest Trustee Services, Inc., a
    Washington corporation; JP Morgan Chase

22  Bank, National Association; Gene T. Flory,
    Trustee of the Jacqueline M. Flory and Gene

23  T. Flory Living Trust; Joseph L. Perrino;
    Amber M. Perrino; First Tennessee Bank

24  National Association; Vera Silva; Response
    Mortgage Services, Inc. a Washington

25  corporation; RBS Citizens, National
    Association; Alan Lee Lynn; Andre B.

26  Feliciano; Elaina T. Feliciano; Alysha Ann
    Jones; Mortgage Electronic Registration

Page 1 of 5 - [PROPOSED] JUDGMENT

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

EXHIBIT A          EXHIBIT 1
Page 6 of 10       Page 1 of 5

Systems, Inc., a Delaware corporation;
GMAC Mortgage, LLC, a Delaware Limited
Liability Company, successor by merger to
GMAC Mortgage Corporation; EverHome
Mortgage Company, a Florida corporation;
HSBC Mortgage Corporation (USA), a
Delaware corporation; and PremierWest
Bank, an Oregon Chartered Commercial
Bank,

                    Defendants.

        The District Court, upon review of the record and the Bankruptcy Court's findings of fact and conclusions of law, no timely objection having been made, adopts the Bankruptcy Court's recommendations and hereby enters final judgment as follows:

        1.      IT IS DECLARED that the consequence of the execution by Washington Federal Savings and Loan Association of that certain Consent Agreement to Convert Real Property to Condominiums recorded in the Jackson County, Oregon, real property records as Instrument Number 2004-018232 was to substitute for the original property described in that certain Deed of Trust, recorded in the Jackson County, Oregon, real property records as Instrument Number 96-15241 and related to the property with the street address 20 Dion Court, Shady Cove, Oregon 97539 (the "WFS Trust Deed"), the corresponding portions of the condominium property. The WFS Trust Deed is hereby declared to have been modified as follows: The legal description provided in Exhibit A to the WFS Trust Deed, which originally described "Lot 6 of Victoria Court Subdivision to the City of Shady Cove, Oregon, according to the official plat thereof, now of record" is deleted in its entirety and replaced with the following:

                Units 17, 18, 19 and 20, Building F of the Victoria Court Condominiums, in the City of Shady Cove, Jackson County, Oregon, according to the official plat thereof, recorded in Volume 30, page 78, Plat Records, as set forth in Condominium Declaration recorded December 29, 2004 as No. 2004-075174, Official Records; together with those limited common elements appurtenant to said Units as set forth in the Declaration; and together with an undivided fractional ownership of the general common elements of said Condominium as set forth in the

Page 2 of 5 - [PROPOSED] JUDGMENT

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

Declaration and in any subsequent amendments thereto as appurtenant to said Units.

2.  IT IS DECLARED that the consequence of the execution by Washington Mutual Bank of that certain Consent Agreement to Convert Real Property to Condominiums recorded in the Jackson County, Oregon, real property records as Instrument Number 2004-033493 was to substitute for the original property described in that certain Deed of Trust, recorded in the Jackson County, Oregon, real property records as Instrument Number 00-03481 and related to the property with the street address 60 Dion Court , Shady Cove, Oregon 97539 (the "JP Trust Deed 3481"), the corresponding portions of the condominium property.  The JP Trust Deed 3481 is hereby declared to have been modified as follows:  The legal description of the property in JP Trust Deed 3481, which originally described "Lot Two (2) of Victoria Court Subdivision to the City of Shady Cove, Oregon, according to the Official Plat Thereof, now of record," is deleted in its entirety and replaced with the following:

> Units 5, 6, 7 and 8, Building B of the Victoria Court Condominiums, in the City of Shady Cove, Jackson County, Oregon, according to the official plat thereof, recorded in Volume 30, page 78, Plat Records, as set forth in Condominium Declaration recorded December 29, 2004 as No. 2004-075174, Official Records; together with those limited common elements appurtenant to said Units as set forth in the Declaration; and together with an undivided fractional ownership of the general common elements of said Condominium as set forth in the Declaration and in any subsequent amendments thereto as appurtenant to said Units.

3.  IT IS DECLARED that the consequence of the execution by Washington Mutual Bank of that certain Consent Agreement to Convert Real Property to Condominiums recorded in the Jackson County, Oregon, real property records as Instrument Number 2004-033494 was to substitute for the original property described in that certain Deed of Trust, recorded in the Jackson County, Oregon, real property records as Instrument Number 00-03482 and related to the property with the street address 30 Dion Court , Shady Cove, Oregon 97539 (the "JP Trust Deed 3482"), the corresponding portions of the condominium property.  The JP Trust Deed 3482

Page 3 of 5 - [PROPOSED] JUDGMENT

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1 is hereby declared to have been modified as follows:  The legal description of the property in JP

2 Trust Deed 3482, which originally described "Lot Five (5) of Victoria Court Subdivision to the

3 City of Shady Cove, Oregon, according to the Official Plat Thereof, now of record," is deleted in

4 its entirety and replaced with the following:

5        Units 13, 14, 15, and 16, Building E of the Victoria Court
       Condominiums, in the City of Shady Cove, Jackson County, Oregon,

6        according to the official plat thereof, recorded in Volume 30, page 78,
       Plat Records, as set forth in Condominium Declaration recorded

7        December 29, 2004 as No. 2004-075174, Official Records; together
       with those limited common elements appurtenant to said Units as set

8        forth in the Declaration; and together with an undivided fractional
       ownership of the general common elements of said Condominium as

9        set forth in the Declaration and in any subsequent amendments thereto
       as appurtenant to said Units.

10

11     4.    IT IS DECLARED that the changes set forth above are effective as of the original

12 date of recording of the Condominium Declaration recorded December 29, 2004 as Instrument

13 No. 2004-075174 in the Jackson County, Oregon, real property records.

14     5.    IT IS DECLARED that the WFS Trust Deed, the JP Trust Deed 3481 and the JP

15 Trust Deed 3482, as declared amended herein, remain in full force and effect.  The priority of

16 each such trust deed with respect to other encumbrances on the condominium units and the

17 undivided interests in the condominium common elements allocated to those units is the same as

18 each had on the subdivision lots originally described in those trust deeds before recording of the

19 Condominium Declaration described above.

20     6.    Any enforcement of any beneficiary's rights under the WFS Trust Deed, the JP

21 Trust Deed 3481 or the JP Trust Deed 3482 shall only be taken in a manner consistent with the

22 foregoing declaratory relief.

23     7.    Plaintiff shall record a copy of this Judgment in the Jackson County, Oregon real

24 property records.

25     8.    Each party shall bear its own costs, disbursements, and fees

26                   # # #

Page 4 of 5 - [PROPOSED] JUDGMENT

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

Presented by:
HERSHNER HUNTER, LLP


By:_____
Patrick W. Wade, OSB 843725
Of Attorneys for Plaintiff

Page 5 of 5 - [PROPOSED] JUDGMENT

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

EXHIBIT A          EXHIBIT 1
Page 10 of 10      Page 5 of 5

CERTIFICATE OF SERVICE

Pursuant to LBR 7005-1(g), I certify that no contemporaneous paper service of this document is required on any party.

Dated:  October 26, 2011.

HERSHNER HUNTER, LLP

*/s/Patrick W. Wade*

By_____
    Patrick W. Wade, OSB No. 843725
    Of Attorneys for Washington Federal Savings

1

2

The Bankruptcy Court's Findings of Fact and Conclusions of Law are hereby approved.

3

4

_____

U.S. District Judge

5

6

7

Below are the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law which are recommended for approval.

8

_____

FRANK R. ALLEY
U.S. Bankruptcy Judge

9

10

UNITED STATES BANKRUPTCY COURT

11

FOR THE DISTRICT OF OREGON

12

In re:

13

Minerva B. Miller;

Case No. 10-63800-fra7

14

Debtor(s).

15

_____

Adv. Pro. No. 11-06058-fra

16

Washington Federal Savings and Loan Association,

17

Plaintiff,

FINDINGS OF FACT AND CONCLUSIONS OF LAW

18

v.

19

20

Minerva B. Miller; Stephen P. Arnot, Trustee of the Bankruptcy Estate of Minerva B. Miller; Northwest Trustee Services, Inc., a

21

Washington corporation; JP Morgan Chase Bank, National Association; Gene T. Flory, Trustee of the Jacqueline M. Flory and Gene

22

T. Flory Living Trust; Joseph L. Perrino; Amber M. Perrino; First Tennessee Bank

23

National Association; Vera Silva; Response Mortgage Services, Inc. a Washington

24

corporation; RBS Citizens, National Association; Alan Lee Lynn; Andre B.

25

Feliciano; Elaina T. Feliciano; Alysha Ann Jones; Mortgage Electronic Registration

26

Page 1 of 5 - FINDINGS OF FACT AND
CONCLUSIONS OF LAW

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

Systems, Inc., a Delaware corporation;
GMAC Mortgage, LLC, a Delaware Limited
Liability Company, successor by merger to
GMAC Mortgage Corporation; EverHome
Mortgage Company, a Florida corporation;
HSBC Mortgage Corporation (USA), a
Delaware corporation; and PremierWest
Bank, an Oregon Chartered Commercial
Bank,

Defendants.

It appearing that orders of default have been entered against Defendants Minerva B.

Miller, Gene T. Flory, Joseph L. Perrino, Amber M. Perrino, Vera Silva, Response Mortgage

Services, Inc., Alan Lee Lynn, Andre B. Feliciano, Elaina T. Feliciano, Alysha Ann Jones, First

Tennessee Bank National Association, GMAC Mortgage, LLC and PremierWest Bank, and the

remaining parties having stipulated to these findings of fact, conclusions of law, and

recommendation to the District Court; the court makes the following findings of fact and

conclusions of law and recommends entry of final judgment in the form attached hereto as

Exhibit 1.

Findings of fact:

1.      On or about April 23, 1996, the Debtor Minerva Miller and Debtor's late husband

granted Washington Federal Savings and Loan Association ("WFS") a trust deed on "Lot 6 of

the Victoria Court Subdivision, Shady Cove, Oregon, according to the official plat thereof, now

of record," and such trust deed was recorded in the Jackson County, Oregon real property

records, Instrument Number 96-15241 on May 10, 1996 ("WFS Trust Deed").  That trust deed

was given to secure a promissory note of even date in the original principal amount of

$204,000.00.  WFS is the owner and holder of that note and of the beneficial interest in the WFS

Trust Deed.

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

2.      On or about January 25, 2000, the Debtor and Debtor's late husband granted Washington Mutual Bank two trust deeds one each on Lot 2 and Lot 5 of the Victoria Court Subdivision, Shady Cove, Jackson County, Oregon, and such trust deeds were recorded in the Jackson County, Oregon real property records, Instrument Numbers 00-03481 and 00-03482 (the "JP Trust Deeds") on January 28, 2000. Those trust deeds were given to secure promissory notes of even date in the original principal amounts of $188,000.00 each.

3.      JP Morgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank, named herein as JPMorgan Chase Bank National Association ("JPMorgan") is the holder of those notes and the successor beneficiary of the JP Trust Deeds.

4.      On December 29, 2004, after approval by the Oregon Real Estate Agency, a Declaration of Condominium Ownership for Victoria Court Condominiums (the "Declaration[1]") was recorded in the official records of Jackson County, Oregon, as Instrument Number 2004-075174, by Dion H. Miller, Minerva B. Miller, Alan L. Lynn, Andre B. Feliciano and Elaina T. Feliciano as Declarants.

5.      Thereafter, the real property formerly known as Lots 1, 2, 4, 5, and 6 of Victoria Court Subdivision became subject to the condominium form of ownership and became known as the Victoria Court Condominiums ("Condominium").

6.      The portions of Lots 1, 2, 4, 5, and 6 of Victoria Court Subdivision other than the buildings became the common areas of the Condominium.

7.      Pursuant to the Declaration, owners of each Condominium unit in each building became the owners of: (1) their respective unit; and (2) an undivided fractional ownership of the

_____

[1] The defined term "Declaration" includes any amendments to the Declaration.

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

general common elements of the condominium and of those limited common elements appurtenant to the specific unit, as set forth in the Declaration and any subsequent amendments thereto.

8.     WFS and Washington Mutual Bank consented to the Declaration and the formation of the Condominium and such consent was recorded in the Jackson County real property records, Instrument Numbers 2004-018232, 2004-033493 and 2004-033494 (collectively, the "Consent").

9.     After the Declaration was recorded, several subsequent purchasers and secured parties acquired interests in Condominium units and those common elements located on Lots 2, 5 and 6 of the prior subdivision.

10.     The subsequently recorded deeds describe each respective interest in terms of units in a condominium, not lots in a subdivision.

11.     On April 13, 2010, Defendant Northwest Trustee Services, Inc., as trustee of the JP Trust Deeds, recorded notices of default and elections to sell Lots 2 and 5 of the Victoria Court Subdivision, initiating the non-judicial foreclosure of the JP Trust Deeds.

12.     Because the property descriptions provided in the JP Trust Deeds describe the scope of the encumbrances in terms of lots, instead of individual units with associated interests in the common elements, the other parties with an interest in those common elements located on former Lots 2 and 5 will be foreclosed and the Condominium will effectively be terminated if JP Morgan concludes its pending non-judicial foreclosures.

Conclusions of law:

1.     This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334, United States District Court Local Rule 2100.0, and FRBP 7001.  Venue is proper

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1  pursuant to 28 U.S.C. § 1409.

2      2.      Under the recently announced decision in *Stern v. Marshall* 564 U.S. ___, 131

3  S.Ct. 2594, 2011 WL 2472792, 180 L.Ed.2d 475 (2011), this bankruptcy court may not enter a

4  final judgment in this matter because it is a matter of state law that has not been resolved in the

5  process of ruling on federal bankruptcy issues.

6      3.      Declaratory relief is appropriate because the parties are in an actual controversy

7  regarding the effect of the Consent on the WFS and JP Trust Deeds.

8      4.      Where a condominium agreement is recorded and a pre-existing mortgage exists,

9  the effect of the consent by a pre-existing mortgage holder is to subordinate its interest to the

10 condominium agreement, thereby changing the pre-existing mortgage holder's property interest

11 to reflect the condominium form of ownership. Therefore, the effect of the Consent is to

12 subordinate the WFS and JP Trust Deeds to the Declaration.  Such subordination shall change

13 the property interests secured by the WFS and JP Trust Deeds to reflect the condominium form

14 of ownership, as described in the Declaration and as more specifically described in the proposed

15 form of judgment.

16

17     Scheduling Order:

18

19     These findings and recommendations will be referred to a district judge. Objections, if

20 any, are due 17 days after entry of these Findings of Fact and Conclusions of Law.  If no

21 objections are filed, then the findings and recommendations will go under advisement on that

22 date. If objections are filed, then responses are due 14 days after being served with a copy of the

23 objections. When the responses are due or filed, whichever date is earlier, the finding and

24 recommendations will go under advisement.

25

26                                    ###

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1

Below is a Judgment of the Court.

2

3
_____
U.S. District Judge

4

5

6

7
Approved as to form and recommended for entry.

8
_____
FRANK R. ALLEY
U.S. Bankruptcy Judge

9

10
UNITED STATES DISTRICT COURT

11
FOR THE DISTRICT OF OREGON

12
In re:

13
Minerva B. Miller;

14
     Debtor(s).

District Court Case No._____

15
_____

16
Washington Federal Savings and Loan
Association,

Bankruptcy Case No. 10-63800-fra7

17
     Plaintiff,

Adv. Pro. No. 11-06058-fra

18

19
     v.

JUDGMENT

20
Minerva B. Miller; Stephen P. Arnot, Trustee
of the Bankruptcy Estate of Minerva B.
Miller; Northwest Trustee Services, Inc., a

21
Washington corporation; JP Morgan Chase
Bank, National Association; Gene T. Flory,

22
Trustee of the Jacqueline M. Flory and Gene
T. Flory Living Trust; Joseph L. Perrino;

23
Amber M. Perrino; First Tennessee Bank
National Association; Vera Silva; Response

24
Mortgage Services, Inc. a Washington
corporation; RBS Citizens, National

25
Association; Alan Lee Lynn; Andre B.
Feliciano; Elaina T. Feliciano; Alysha Ann

26
Jones; Mortgage Electronic Registration

Page 1 of 5 - JUDGMENT

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

Systems, Inc., a Delaware corporation;
GMAC Mortgage, LLC, a Delaware Limited
Liability Company, successor by merger to
GMAC Mortgage Corporation; EverHome
Mortgage Company, a Florida corporation;
HSBC Mortgage Corporation (USA), a
Delaware corporation; and PremierWest
Bank, an Oregon Chartered Commercial
Bank,

                    Defendants.

      The District Court, upon review of the record and the Bankruptcy Court's findings of fact and conclusions of law, no timely objection having been made, adopts the Bankruptcy Court's recommendations and hereby enters final judgment as follows:

      1.      IT IS DECLARED that the consequence of the execution by Washington Federal Savings and Loan Association of that certain Consent Agreement to Convert Real Property to Condominiums recorded in the Jackson County, Oregon, real property records as Instrument Number 2004-018232 was to substitute for the original property described in that certain Deed of Trust, recorded in the Jackson County, Oregon, real property records as Instrument Number 96-15241 and related to the property with the street address 20 Dion Court, Shady Cove, Oregon 97539 (the "WFS Trust Deed"), the corresponding portions of the condominium property. The WFS Trust Deed is hereby declared to have been modified as follows: The legal description provided in Exhibit A to the WFS Trust Deed, which originally described "Lot 6 of Victoria Court Subdivision to the City of Shady Cove, Oregon, according to the official plat thereof, now of record" is deleted in its entirety and replaced with the following:

              Units 17, 18, 19 and 20, Building F of the Victoria Court
              Condominiums, in the City of Shady Cove, Jackson County,
              Oregon, according to the official plat thereof, recorded in Volume
              30, page 78, Plat Records, as set forth in Condominium
              Declaration recorded December 29, 2004 as No. 2004-075174,
              Official Records; together with those limited common elements
              appurtenant to said Units as set forth in the Declaration; and
              together with an undivided fractional ownership of the general
              common elements of said Condominium as set forth in the

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1    Declaration and in any subsequent amendments thereto as
     appurtenant to said Units.

2        2.    IT IS DECLARED that the consequence of the execution by Washington Mutual

3    Bank of that certain Consent Agreement to Convert Real Property to Condominiums recorded in

4    the Jackson County, Oregon, real property records as Instrument Number 2004-033493 was to

5    substitute for the original property described in that certain Deed of Trust, recorded in the

6    Jackson County, Oregon, real property records as Instrument Number 00-03481 and related to

7    the property with the street address 60 Dion Court , Shady Cove, Oregon 97539 (the "JP Trust

8    Deed 3481"), the corresponding portions of the condominium property.  The JP Trust Deed 3481

9    is hereby declared to have been modified as follows:  The legal description of the property in JP

10   Trust Deed 3481, which originally described "Lot Two (2) of Victoria Court Subdivision to the

11   City of Shady Cove, Oregon, according to the Official Plat Thereof, now of record," is deleted in

12   its entirety and replaced with the following:

13
                Units 5, 6, 7 and 8, Building B of the Victoria Court Condominiums,
14              in the City of Shady Cove, Jackson County, Oregon, according to the
                official plat thereof, recorded in Volume 30, page 78, Plat Records, as
15              set forth in Condominium Declaration recorded December 29, 2004 as
                No. 2004-075174, Official Records; together with those limited
16              common elements appurtenant to said Units as set forth in the
                Declaration; and together with an undivided fractional ownership of
17              the general common elements of said Condominium as set forth in the
                Declaration and in any subsequent amendments thereto as appurtenant
18              to said Units.

19
         3.    IT IS DECLARED that the consequence of the execution by Washington Mutual
20
     Bank of that certain Consent Agreement to Convert Real Property to Condominiums recorded in
21
     the Jackson County, Oregon, real property records as Instrument Number 2004-033494 was to
22
     substitute for the original property described in that certain Deed of Trust, recorded in the
23
     Jackson County, Oregon, real property records as Instrument Number 00-03482 and related to
24
     the property with the street address 30 Dion Court , Shady Cove, Oregon 97539 (the "JP Trust
25
     Deed 3482"), the corresponding portions of the condominium property.  The JP Trust Deed 3482
26

Page 3 of 5 - JUDGMENT

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1    is hereby declared to have been modified as follows:  The legal description of the property in JP

2    Trust Deed 3482, which originally described "Lot Five (5) of Victoria Court Subdivision to the

3    City of Shady Cove, Oregon, according to the Official Plat Thereof, now of record," is deleted in

4    its entirety and replaced with the following:

> Units 13, 14, 15, and 16, Building E of the Victoria Court
> Condominiums, in the City of Shady Cove, Jackson County, Oregon,
> according to the official plat thereof, recorded in Volume 30, page 78,
> Plat Records, as set forth in Condominium Declaration recorded
> December 29, 2004 as No. 2004-075174, Official Records; together
> with those limited common elements appurtenant to said Units as set
> forth in the Declaration; and together with an undivided fractional
> ownership of the general common elements of said Condominium as
> set forth in the Declaration and in any subsequent amendments thereto
> as appurtenant to said Units.

11    4.      IT IS DECLARED that the changes set forth above are effective as of the original

12    date of recording of the Condominium Declaration recorded December 29, 2004 as Instrument

13    No. 2004-075174 in the Jackson County, Oregon, real property records.

14    5.      IT IS DECLARED that the WFS Trust Deed, the JP Trust Deed 3481 and the JP

15    Trust Deed 3482, as declared amended herein, remain in full force and effect.  The priority of

16    each such trust deed with respect to other encumbrances on the condominium units and the

17    undivided interests in the condominium common elements allocated to those units is the same as

18    each had on the subdivision lots originally described in those trust deeds before recording of the

19    Condominium Declaration described above.

20    6.      Any enforcement of any beneficiary's rights under the WFS Trust Deed, the JP

21    Trust Deed 3481 or the JP Trust Deed 3482 shall only be taken in a manner consistent with the

22    foregoing declaratory relief.

23    7.      Plaintiff shall record a copy of this Judgment in the Jackson County, Oregon real

24    property records.

25    8.      Each party shall bear its own costs, disbursements, and fees

26                    # # #

Page 4 of 5 - JUDGMENT

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

1    Presented by:
     HERSHNER HUNTER, LLP
2

3        */s/ Patrick W. Wade*
     By:_____
4    Patrick W. Wade, OSB 843725
     Of Attorneys for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 5 of 5 - JUDGMENT

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025