Below is a Judgment of the Court.

_____
U.S. District Judge

Approved as to form and recommended for entry.

_____
FRANK R. ALLEY
U.S. Bankruptcy Judge

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON          1 1 - 6 3 4 6 - H O

In re:

Minerva B. Miller;

        Debtor(s).

_____

Washington Federal Savings and Loan
Association,

        Plaintiff,

        v.

Minerva B. Miller; Stephen P. Arnot, Trustee
of the Bankruptcy Estate of Minerva B.
Miller; Northwest Trustee Services, Inc., a
Washington corporation; JP Morgan Chase
Bank, National Association; Gene T. Flory,
Trustee of the Jacqueline M. Flory and Gene
T. Flory Living Trust; Joseph L. Perrino;
Amber M. Perrino; First Tennessee Bank
National Association; Vera Silva; Response
Mortgage Services, Inc. a Washington
corporation; RBS Citizens, National
Association; Alan Lee Lynn; Andre B.
Feliciano; Elaina T. Feliciano; Alysha Ann
Jones; Mortgage Electronic Registration

District Court Case No._____

Bankruptcy Case No. 10-63800-fra7

Adv. Pro. No. 11-06058-fra

JUDGMENT

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

1   Systems, Inc., a Delaware corporation;
    GMAC Mortgage, LLC, a Delaware Limited
2   Liability Company, successor by merger to
    GMAC Mortgage Corporation; EverHome
3   Mortgage Company, a Florida corporation;
    HSBC Mortgage Corporation (USA), a
4   Delaware corporation; and PremierWest
    Bank, an Oregon Chartered Commercial
5   Bank,

6              Defendants.

7

8       The District Court, upon review of the record and the Bankruptcy Court's findings of fact

9   and conclusions of law, no timely objection having been made, adopts the Bankruptcy Court's

10  recommendations and hereby enters final judgment as follows:

11      1.      IT IS DECLARED that the consequence of the execution by Washington Federal

12  Savings and Loan Association of that certain Consent Agreement to Convert Real Property to

13  Condominiums recorded in the Jackson County, Oregon, real property records as Instrument

14  Number 2004-018232 was to substitute for the original property described in that certain Deed of

15  Trust, recorded in the Jackson County, Oregon, real property records as Instrument Number 96-

16  15241 and related to the property with the street address 20 Dion Court, Shady Cove, Oregon

17  97539 (the "WFS Trust Deed"), the corresponding portions of the condominium property. The

18  WFS Trust Deed is hereby declared to have been modified as follows: The legal description

19  provided in Exhibit A to the WFS Trust Deed, which originally described "Lot 6 of Victoria

20  Court Subdivision to the City of Shady Cove, Oregon, according to the official plat thereof, now

21  of record" is deleted in its entirety and replaced with the following:

22              Units 17, 18, 19 and 20, Building F of the Victoria Court
                Condominiums, in the City of Shady Cove, Jackson County,
23              Oregon, according to the official plat thereof, recorded in Volume
                30, page 78, Plat Records, as set forth in Condominium
24              Declaration recorded December 29, 2004 as No. 2004-075174,
                Official Records; together with those limited common elements
25              appurtenant to said Units as set forth in the Declaration; and
                together with an undivided fractional ownership of the general
26              common elements of said Condominium as set forth in the

Page 2 of 5 - JUDGMENT

Declaration and in any subsequent amendments thereto as
appurtenant to said Units.

2.      IT IS DECLARED that the consequence of the execution by Washington Mutual

Bank of that certain Consent Agreement to Convert Real Property to Condominiums recorded in

the Jackson County, Oregon, real property records as Instrument Number 2004-033493 was to

substitute for the original property described in that certain Deed of Trust, recorded in the

Jackson County, Oregon, real property records as Instrument Number 00-03481 and related to

the property with the street address 60 Dion Court , Shady Cove, Oregon 97539 (the "JP Trust

Deed 3481"), the corresponding portions of the condominium property. The JP Trust Deed 3481

is hereby declared to have been modified as follows: The legal description of the property in JP

Trust Deed 3481, which originally described "Lot Two (2) of Victoria Court Subdivision to the

City of Shady Cove, Oregon, according to the Official Plat Thereof, now of record," is deleted in

its entirety and replaced with the following:

> Units 5, 6, 7 and 8, Building B of the Victoria Court Condominiums,
> in the City of Shady Cove, Jackson County, Oregon, according to the
> official plat thereof, recorded in Volume 30, page 78, Plat Records, as
> set forth in Condominium Declaration recorded December 29, 2004 as
> No. 2004-075174, Official Records; together with those limited
> common elements appurtenant to said Units as set forth in the
> Declaration; and together with an undivided fractional ownership of
> the general common elements of said Condominium as set forth in the
> Declaration and in any subsequent amendments thereto as appurtenant
> to said Units.

3.      IT IS DECLARED that the consequence of the execution by Washington Mutual

Bank of that certain Consent Agreement to Convert Real Property to Condominiums recorded in

the Jackson County, Oregon, real property records as Instrument Number 2004-033494 was to

substitute for the original property described in that certain Deed of Trust, recorded in the

Jackson County, Oregon, real property records as Instrument Number 00-03482 and related to

the property with the street address 30 Dion Court , Shady Cove, Oregon 97539 (the "JP Trust

Deed 3482"), the corresponding portions of the condominium property. The JP Trust Deed 3482

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1    is hereby declared to have been modified as follows:  The legal description of the property in JP

2    Trust Deed 3482, which originally described "Lot Five (5) of Victoria Court Subdivision to the

3    City of Shady Cove, Oregon, according to the Official Plat Thereof, now of record," is deleted in

4    its entirety and replaced with the following:

5              Units 13, 14, 15, and 16, Building E of the Victoria Court
6              Condominiums, in the City of Shady Cove, Jackson County, Oregon,
               according to the official plat thereof, recorded in Volume 30, page 78,
7              Plat Records, as set forth in Condominium Declaration recorded
               December 29, 2004 as No. 2004-075174, Official Records; together
8              with those limited common elements appurtenant to said Units as set
               forth in the Declaration; and together with an undivided fractional
9              ownership of the general common elements of said Condominium as
               set forth in the Declaration and in any subsequent amendments thereto
10             as appurtenant to said Units.

11       4.        IT IS DECLARED that the changes set forth above are effective as of the original

12   date of recording of the Condominium Declaration recorded December 29, 2004 as Instrument

13   No. 2004-075174 in the Jackson County, Oregon, real property records.

14       5.        IT IS DECLARED that the WFS Trust Deed, the JP Trust Deed 3481 and the JP

15   Trust Deed 3482, as declared amended herein, remain in full force and effect.  The priority of

16   each such trust deed with respect to other encumbrances on the condominium units and the

17   undivided interests in the condominium common elements allocated to those units is the same as

18   each had on the subdivision lots originally described in those trust deeds before recording of the

19   Condominium Declaration described above.

20       6.        Any enforcement of any beneficiary's rights under the WFS Trust Deed, the JP

21   Trust Deed 3481 or the JP Trust Deed 3482 shall only be taken in a manner consistent with the

22   foregoing declaratory relief.

23       7.        Plaintiff shall record a copy of this Judgment in the Jackson County, Oregon real

24   property records.

25       8.        Each party shall bear its own costs, disbursements, and fees

26                                        # # #

Page 4 of 5 - JUDGMENT

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1    Presented by:
     HERSHNER HUNTER, LLP
2

3           */s/ Patrick W. Wade*

4    By:_____
     Patrick W. Wade, OSB 843725
5    Of Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

·18

19

20

21

22

23

24

25

26

Page 5 of 5 - JUDGMENT